# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00637-CR

**Andrew Paul Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 81629, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Andrew Paul Hernandez seeks to appeal a judgment of conviction for Burglary of a Habitation. *See* Tex. Penal Code § 30.02(a). The trial court has certified that (1) this is a plea-bargain case and Hernandez has no right of appeal and (2) Hernandez has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: December 30, 2021

Do Not Publish